UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **00-6322**

18 U.S.C. §922(g)(1)
18 U.S.C. §924(e)   **CR-HURLEY**

**MAGISTRATE JUDGE**
**VITUNAC**



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) |
| TOMMY LEE STEPHENS, | ) |
| Defendant. | ) |

**INDICTMENT**

The Grand Jury charges:

On or about August 30, 2000, at Broward County, in the Southern District of Florida, the defendant,

**TOMMY LEE STEPHENS,**

having three previous convictions for violent felonies and serious drug offenses, crimes punishable by imprisonment for terms exceeding one year, did knowingly possess a firearm in and

affecting commerce, to wit: a Rossi .38 caliber handgun, in violation of Title 18, United States Code, Section 922(g)(1), and 924(e).

                                    A TRUE BILL

                                    *[signature]*

                                    FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**   **CASE NO.** _____

v.

**TOMMY LEE STEPHENS**   **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**
New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _Yes_____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_     Petty      ___
   II   6 to 10 days     ___     Minor      ___
   III  11 to 20 days    ___     Misdem.    ___
   IV   21 to 60 days    ___     Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? _
   ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: TOMMY LEE STEPHENS          No.: _____

Counts # I:
Felon in Possession of a Firearm; 18 USC 922(g)(1) and 18 USC 924 (e)

*Max Penalty: Ten (10) years' imprisonment; $250,000 fine or Fifteen (15) year's mandatory minimum and $25,000 fine

Counts # :

*Max Penalty: _____

Count #:

*Max Penalty: _____

Count #:

*Max Penalty: _____

Count # :

*Max Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96