AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD    SPECIAL AGENT STEVE MEYER

## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

TOMMY LEE STEPHENS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6322

TO: The United States Marshal
and any Authorized United States Officer

CR-HURLEY

YOU ARE HEREBY COMMANDED to arrest _TOMMY LEE STEPHENS_

Name **MAGISTRATE JUDGE VITUNAC**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Felon in possession of a firearm,

in violation of Title _18_ United States Code, Section(s) _922(g)(1)_

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pretrial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

November 16, 2000 Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |