UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6322-CR-HURLEY

NOT GUILTY OF
FILED

MAY 1 4 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA
v.

DOB: 10/23/57
DC NO: G060757

TOMMY LEE STEPHENS,

_____/

## PETITION FOR WRIT OF HABEAS CORPUS  AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1.     The above entitled defendant in the above entitled case is set for an Initial Appearance on Monday, June 4, 2001, at 9:30 a.m., at 701 Clematis Street, West Palm Beach, Florida.

2.     TOMMY LEE STEPHENS, a defendant in said case, is now confined in the Moore Haven Correctional Facility, at 1990 East State Road 78 North West, Moore Haven, Florida 33471.

3.     It is necessary to have said defendant before this Court for the purpose of Initial Appearance.

**WHEREFORE,** this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said TOMMY LEE STEPHENS and have

subject before this Court at the time and place above specified, then and there for Initial Appearance;

and also directing the said Warden to deliver the said TOMMY LEE STEPHENS into the custody

of any United States Marshal for the aforesaid purpose and future proceedings.


GUY A. LEWIS
UNITED STATES ATTORNEY


By:    _____

5/9/01
Date

Laurence M. Bardfeld
Assistant U.S. Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida  33301
(954) 356-7255, Fax: 356-7336
Florida Bar No. 712450