UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6322-CR-HURLEY

UNITED STATES OF AMERICA

v.                                                          DOB:10/23/57
                                                            DC NO: G060757
TOMMY LEE STEPHENS,
_____/

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL, and
      WARDEN, of the Moore Haven Correctional Facility, Moore Haven, Florida

It appearing from the petition of the United States of America that TOMMY LEE STEPHENS a defendant in the above entitled case, is confined in the Moore Haven Correctional Facility 1990 East State Road 78 North West, Moore Haven, Florida 33471 and that said case is set for an Initial Appearance at 701 Clematis Street, West Palm Beach, Florida on Monday, June 4, 2001 at 9:30 ~~11:00~~ a.m. and that it is necessary for the said defendant to be before this Court for the said proceeding, and future proceedings;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said TOMMY LEE STEPHENS, now in custody as aforesaid, under safe and secure conduct, before this Court at 701 Clematis Street, West Palm Beach, Florida by or before



11:00 a.m., on Monday, June 4, 2001, for an Initial Appearance on the criminal charges pending against subject in this cause and future proceedings.

And this is to command you, the Warden of the Moore Haven Correctional Facility at 1990 East State Road 78 North West, Moore Haven, Florida 33471 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said TOMMY LEE STEPHENS for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Ft. Lauderdale, Florida, this ___16___ day of May, 2001.

~~DANIEL T.K. HURLEY~~ Linnea R. Johnson
Chief UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate.

cc: U.S. Attorney (Bardfeld)
    U.S. Marshal (5 certified copies)
    Chief Probation Officer