UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6322-CR-HURLEY

UNITED STATES OF AMERICA

v.                                                                  DOB:10/23/57
                                                                    DC NO: G060757
TOMMY LEE STEPHENS,
_____/

<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO:   ANY UNITED STATES MARSHAL, and
      WARDEN, of the Martin Correctional Facility, Indiantown, Florida

It appearing from the petition of the United States of America that TOMMY LEE STEPHENS a defendant in the above entitled case, is confined in the Martin Correctional Facility 1150 South West Allapatah Road, Indiantown, Florida 34956 and that said case is set for an Initial Appearance at 701 Clematis Street, West Palm Beach, Florida on Monday, June 12, 2001 at 9:30 a.m. and that it is necessary for the said defendant to be before this Court for the said proceeding, and future proceedings;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said TOMMY LEE STEPHENS, now in custody as aforesaid, under safe and secure conduct, before this Court at 701 Clematis Street, West Palm Beach, Florida by or before 9:30

a.m., on Monday, June 12, 2001, for an Initial Appearance on the criminal charges pending against subject in this cause and future proceedings.

And this is to command you, the Warden of the Martin Correctional Facility at Martin Correctional Facility, 1150 South West Allapatah Road, Indiantown, Florida 34956 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said TOMMY LEE STEPHENS for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at West Palm Beach, Florida, this ____ day of June, 2001.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney (Bardfeld)
     U.S. Marshal (3 certified copies)
     Chief Probation Officer