# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 06/12/2001   TIME: 9:30 AM

DEFT. TOMMY LEE STEPHENS ✓ (J)   CASE NO. 00-6322-CR-HURLEY/VITUNAC

AUSA. LAURENCE BARDFELD   ATTY. Robert Adler, AFPD ✓

AGENT. _____   VIOL. 18:922(g)(1)

PROCEEDING INITIAL HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Initial & Arraignment held

Deft present - sworn ffst

Indictment read to deft & advised of his rights

Court questions deft, finds him Indigent and appoints FPD

Defense stipulates to detention at this time but reserves the right to have a detention hearing at a later date

Written order to follow.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Deft pleads not guilty

/signed & distributed

Status/Disc set for 7-12-01 @ 9:30 am before Judge Vitunac

DATE: 6-12-01   TAPE: AEV 01-53-1