UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6322-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOMMY LEE STEPHENS,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on **JUNE 12, 2001**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: IN CUSTODY

    Telephone no.:

**DEFENSE COUNSEL:**    Name: FEDERAL PUBLIC DEFENDER

    Address: WEST PALM BEACH, FLORIDA

    Telephone no.: (561) 833-6288

BOND/SET/CONTINUED: $ PRETRIAL DETENTION (STIPULATED)

/////PTD hrg held: YES_____ NO X BOND/PTD hrg set for_____

Dated this __12__ day of ____JUNE____, 2001.

CLARENCE MADDOX, CLERK OF COURT

By: /s/ Sandra Benedicto
    Deputy Clerk

c: Courtroom Deputy, District Judge
United States Attorney
Defense Counsel
United States Pretrial Service