UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE # 00-6322-CR-Hurley

VS.                           REPORT COMMENCING CRIMINAL ACTION

Tommy Lee Stephens             PRISONER # 71441-004

**********************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)

**********************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: 6/6/2001  WPTT

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: Felon in Poss

4) U.S. CITIZEN [✓] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: 10/23/57

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [✓] INDICTMENT         [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: SFL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

7) AMOUNT OF BOND: PTS      WHO SET BOND _____

8) ARRESTING AGENT: Pency/West  DATE: _____

9) AGENCY  USMS (Use ATF)   (PRINT NAME)   PHONE: _____

10) REMARKS: _____