UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6322-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOMMY LEE STEPHENS,

    Defendant.
_____/

## PRETRIAL DETENTION ORDER

Defendant appeared before the Court represented by his counsel Robert Adler, Esquire. Defendant, STEPHENS, is presently serving a sentence in the State of Florida. That sentence is not due to expire until either December 2001 or January 2002.

Defendant is presently charged with possession of a firearm by a convicted felon. The Indictment states that the Defendant has three prior violent felony convictions which qualifies him to be sentenced as a career offender.

This Court notes from the Pretrial Services Report that the Defendant has used three different names, two different dates of birth, and two different social security numbers. The Defendant has convictions for aggravated assault, armed robbery, drug trafficking, possession of cocaine, robbery, cocaine possession, and possession of crack cocaine.



Defendant stipulates to pretrial detention until such time as he is finished serving his state sentence. The Defendant is ORDERED detained.

DONE and ORDERED in Chambers this 12 day of June, 2001, at West Palm Beach in the Southern District of Florida.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA - Laurence Bardfeld
AFPD - Robert Adler
U.S. Marshal
U.S. Pretrial Services