cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6322-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOMMY LEE STEPHENS,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        _____
        Leon Daniel Watts
        Assistant
        Federal Public Defender
        Attorney for the Defendant
        Florida Bar No. 195374
        200 South Indian River Drive, Suite 207
        Fort Pierce, FL 34950
        TEL:(561) 461-9435 FAX:(561) 461-9474



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 15th day of June, 2001, to Assistant United States Attorney Laurence M. Bardfeld, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401.

*[signature]*
Leon Daniel Watts