cda.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6322-Cr-Hurley/Vitunac



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOMMY LEE STEPHENS,

    Defendant.

_____/

### DEMAND FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES

The defendant, Tommy Lee Stephens, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                                              KATHLEEN M. WILLIAMS
                                              FEDERAL PUBLIC DEFENDER

                                              Leon Daniel Watts
                                               Assistant
                                            Federal Public Defender
                                            Attorney for the Defendant
                                            Florida Bar No. 195374
                                            200 South Indian River Drive, Suite 207
                                            Fort Pierce, FL 34950
                                            TEL:(561) 461-9435 FAX:(561) 461-9474

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 15th day of June, 2001, to Assistant United States Attorney Laurence M. Bardfeld, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401.

Leon Daniel Watts