cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6322-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOMMY LEE STEPHENS

    Defendant.

_____/

### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant, Tommy Lee Stephens, through undersigned counsel, invokes the rights to remain silent and to counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin,* 111 S.Ct. 2204, 2212 (1992) (Stevens, J., dissenting).

                         KATHLEEN M. WILLIAMS
                         FEDERAL PUBLIC DEFENDER

                         Leon Daniel Watts
                         Assistant
                         Federal Public Defender
                         Attorney for the Defendant
                         Florida Bar No. 195374
                         200 South Indian River Drive, Suite 207
                         Fort Pierce, FL 34950
                         TEL:(561) 461-9435 FAX:(561) 461-9474



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 15th day of June, 2001, to Assistant United States Attorney Laurence M. Bardfeld, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401.

Leon Daniel Watts