AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT STEVE MEYER

# United States District Court

SOUTHERN DISTRICT OF FLORIDA  523006

UNITED STATES OF AMERICA

V.

TOMMY LEE STEPHENS

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

CASE NUMBER: 00-6322 (6322)

CR-HURLEY

YOU ARE HEREBY COMMANDED to arrest   TOMMY LEE STEPHENS

Name **MAGISTRATE JUDGE VITUNAC**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Felon in possession of a firearm,

in violation of Title 18 United States Code, Section(s) 922(g)(1)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pretrial Detention - requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

November 16, 2000  Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at  Detainer pick up by USMS West Palm Beach, FL | | |
| DATE RECEIVED  11/16/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone  U. S. Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER  Michael Gloetzner, ASDUSM |
| DATE OF ARREST  6/12/01 | | |