UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: <u>00-6322-CR-HURLEY</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| TOMMY LEE STEPHENS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to the Assistant United States Attorney Nancy Vorpe-Quinlan.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Nancy Vorpe Quinlan*
NANCY VORPE-QUINLAN
ASSISTANT UNITED STATES ATTORNEY
500 AUSTRALIAN AVENUE
WEST PALM BEACH, FLORIDA 33401
TELEPHONE:(561) 820-8711

cc: ATF, Special Agent Steve Meyer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this __13th__ day of September, 2001 to:

> Leon Watts
> Assistant Federal Public Defender
> 200 South Indian River Drive
> Suite 207
> Fort Pierce, Florida 34950

*Nancy Vorpe Quinlan*
NANCY VORPE-QUINLAN
ASSISTANT UNITED STATES ATTORNEY