cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6322-Cr-Hurley/Vitunac



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOMMY LEE STEPHENS,

    Defendant.

_____/

### NOTICE OF CHANGE OF PLEA

Please take notice that a change of plea has been set in the above-referenced case for Friday, October 5, 2001, at 10:00 a.m. in West Palm Beach before the Honorable Daniel T.K. Hurley.

                            KATHLEEN M. WILLIAMS
                            FEDERAL PUBLIC DEFENDER

                            Leon Daniel Watts
                            Assistant
                            Federal Public Defender
                            Attorney for the Defendant
                            Florida Bar No. 195374
                            200 South Indian River Drive, Suite 207
                            Fort Pierce, FL 34950
                            TEL:(561) 461-9435 FAX:(561) 461-9474

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 26th day of September, 2001, to Assistant United States Attorney Nancy Vorpe Quinlan, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401.

_____
Leon Daniel Watts