CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE DANIEL T. K. HURLEY



FILED by _____ D.C.
OCT - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

=====================================================

Case No. **00-6322-CR**    Date **Oct. 5, 2001**

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: **English**    Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. **Tommy Lee Stephens**

AUSA: **Nancy Vorpe Quinlan**    DEFENSE COUNSEL: **AFPD Leon D. Watts**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to the Indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date set for Friday, December 21, 2001, at 8:30 a.m.**