cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6322-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOMMY LEE STEPHENS,

    Defendant.

_____/



## MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, Tommy Lee Stephens, by and through his undersigned attorney, pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, files this his Motion for Extension of Time In Which To File Objections To Presentence Investigation Report, and states as follows:

1. Sentencing in this case is set for December 21, 2001. Undersigned counsel received the presentence investigation report on November 26, 2001 and objections to same are due on November 30, 2001.

2. The defendant is presently located at FDC Miami. Because of scheduling conflicts, undersigned counsel will not be able to visit the defendant at FDC Miami prior to November 30, 2001 to review and discuss the presentence investigation report with him. Therefore, counsel needs additional time to visit the defendant and to file objections to the presentence investigation report if necessary.

3. Undersigned counsel has conferred with Assistant United States Attorney Nancy Vorpe-Quinlan regarding this motion and she has advised counsel that she does not object to the relief sought in this motion.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

*Leon Daniel Watts*
Leon Daniel Watts
  Assistant
Federal Public Defender
Attorney for the Defendant
Florida Bar No. 195374
200 South Indian River Drive, Suite 207
Fort Pierce, FL 34950
TEL:(561) 461-9435 FAX:(561) 461-9474

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 27th day of November, 2001, to Assistant United States Attorney Nancy Vorpe Quinlan, 500 Australian Avenue, Suite 400, West Palm Beach, FL 33401.

*Leon Daniel Watts*
Leon Daniel Watts